7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Corbett R. Martin and Theresa K. Martin
*Debtor*

*Bankruptcy Case No.*
09–44315–abf7

**Corbett R. Martin**
**Theresa K. Martin**
   Plaintiff(s)

*Adversary Case No.*
14–04126–abf

v.

**ABC Supply Company, Inc.**
   Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of the Plaintiffs, Corbett Ray Martin and Theresa Martin, and against the Defendant, ABC Supply Company, Inc. as follows: The judicial lien held by Defendant as a result of the Judgment in Johnson County, Missouri Case No. 08JOMC00027 is avoided and cancelled.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
   Deputy Clerk



Date of issuance: 1/12/15

Court to serve